UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CORA LEE PITTS                                                                                          PLAINTIFF

v.                                            No. 5:22-CV-05014

JOHN DOES 1 & 2, Prairie Grove
Police Department and CHIEF OF
POLICE JOHN DOE, Prairie Grove
Police Department                                                                                      DEFENDANT

## OPINION AND ORDER

The Court has received a report and recommendation (Doc. 8) from United States Magistrate Judge Christy Comstock, dated February 14, 2022. The Magistrate Judge recommends the Court dismiss Plaintiff's Amended Complaint (Doc. 6) with prejudice pursuant to 28 U.S.C. § 1915A because the claims are frivolous and fail to state claims upon which relief can be granted. On February 25, 2022, Plaintiff filed an objection (Doc. 9) to the report and recommendation and requested leave to file a second amended complaint.

Pursuant to Federal Rule of Civil Procedure 15, a party may amend a pleading once as a matter of course, and thereafter may only amend with the opposing party's written consent or leave of court. "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Unless there is a good reason for denial, such as undue delay, bad faith, or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of the amendment, leave to amend should be granted." *Bediako v. Stein Mart, Inc.*, 354 F.3d 835, 840 (8th Cir. 2004) (quoting *Becker v. Univ. of Neb. at Omaha*, 191 F.3d 904, 907–908 (8th Cir. 1999)).

The Magistrate Judge's reasoning is convincing. However, the Court will grant Plaintiff leave to file a second amended complaint in an attempt to cure the deficiencies detailed in the

Magistrate Judge's report and recommendation. Plaintiff will have 20 days from the date of this order to file her second amended complaint or this case will be dismissed with prejudice as recommended by the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is directed to file a second amended complaint within 20 days of entry of this order. If Plaintiff fails to file the second amended complaint, this case will be dismissed with prejudice as recommended by the Magistrate Judge.

IT IS SO ORDERED this 4th day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE